UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24 CV 1599 RWS |
| | ) |
| JUDITH ANNE SCHWENT, | ) |
| | ) |
| Defendant/Cross-Claimant, | ) |
| And | ) |
| | ) |
| JUDITH ADELE SCHWENT, | ) |
| | ) |
| Defendant, Cross-claim defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for interpleader. ECF 17. Plaintiff contends that this motion is unopposed by defendants. Defendant Judith Anne Schwent is represented by counsel and has answered the complaint and filed a cross-claim against defendant Judith Adele Schwent, who answered the complaint on her own behalf. Judith Adele has not, however, filed an answer to the cross-claim, and her time for doing so has now expired.

Given the nature and circumstances of this case – namely that Judith Adele claims that she was entitled to her ex-husband's pension benefits through the divorce settlement – the Court is concerned that Judith Adele is appearing pro se

instead of through counsel. She has already missed one filing deadline, failed to file an answer to the complaint which complies with the Federal Rules of Civil Procedure, and failed to answer the cross-claim at all. For these reasons, the Court will briefly stay this action to permit Judith Adele the opportunity to secure counsel to represent her in these proceedings. If, at the conclusion of the stay, Judith Adele still insists on representing herself in this action, she must file a notice with the Court indicating her address of record. She should also file a motion for leave to file an amended answer to the complaint and an answer to the cross-claim which comply in all respects with the Federal and Local Rules of Civil Procedure. However, the Court encourages Judith Adele to obtain counsel to represent her in these proceedings given the rights at stake in this case.

Accordingly,

**IT IS HEREBY ORDERED** that this case is stayed until **April 28, 2025**. If defendant Judith Adele Schwent has not obtained counsel to represent her by that time, she must file the notice to Court and motion required by this Memorandum and Order on **April 28, 2025**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2025.

2